## 14485. JONES v. THE STATE.

LUKE, J. 1. When on the trial of an indictment containing two counts the court instructs the jury not to consider one of the counts for the reason that the evidence does not authorize a conviction under it, a general verdict of guilty is properly treated as having been based on the count submitted to the jury. See *Waver* v. *State*, 108 *Ga.* 775 (33 S. E. 423).

2. The evidence in this case authorized the defendant's conviction, and it was not error to overrule the motion for a new trial.

> Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.
>                    DECIDED JUNE 12, 1923.

Accusation of possessing liquor; from city court of Macon — Judge Gunn. February 19, 1923.

B. B. Renitz, W. A. McClellan, for plaintiff in error.

Roy W. Moore, solicitor, contra.